
FILED
CLERK, U.S. DISTRICT COURT

SEP - 6 2018

CENTRAL DISTRICT OF CA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>Shawn Sam Segura<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR18-534-GW<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of **Defendant**, IT IS ORDERED that a detention hearing is set for **Tuesday, September 11**, **2018**, at **9:00** ☒a.m. / ☐p.m. before the Honorable **MARIA A. AUDERO**, in Courtroom **690**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 9/6/2018

U.S. ~~District Judge~~/Magistrate Judge